UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

FAEDA JEAN ALEXANDER

Case No. 18-12331

Chapter 7 Sec. B

## Motion of Objection

I. Pray that the Motion for Relief From Automatic Stay to the Property Located at 38 Mary Street, Norco Be denied due to the hardships and Financial Conditio Of The debtor. PLEASE Allow the Courts decide After hearing the debtor's Information.

Thank you

Signed: _Faeda Alexander_

Date: 10-25-18

Address: 38 Mary Street, Norco Louisiana, 70079

Phone: 504-428-4908